NO. 07-12-00055-CR
 
 IN THE COURT OF APPEALS
 
 FOR THE SEVENTH DISTRICT OF TEXAS
 
 AT AMARILLO
 
 PANEL B
 
--------------------------------------------------------------------------------
JUNE 5, 2012
--------------------------------------------------------------------------------

 
 AMY NICOLE TALIANI, APPELLANT
 
 v.
 
 THE STATE OF TEXAS, APPELLEE 
--------------------------------------------------------------------------------

 
 FROM THE 97TH DISTRICT COURT OF MONTAGUE COUNTY;
 
 NO. 2010-0000122M-CR; HONORABLE ROGER E. TOWERY, JUDGE
--------------------------------------------------------------------------------

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

 MEMORANDUM OPINION
 
 Appellant, Amy Nicole Taliani, appeals her conviction for possession of a controlled substance in an amount of four grams or more but less than 200 grams. Appellant was sentenced to 15 years confinement in the Institutional Division of the Texas Department of Criminal Justice. Appellant appealed the trial court's judgment. We affirm. 
Appellants attorney has filed an Anders brief and a motion to withdraw. Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed. 2d 498 (1967). In support of her motion to withdraw, counsel certifies that she has diligently reviewed the record, and, in her opinion, the record reflects no reversible error upon which an appeal can be predicated. Id. at 744-45. In compliance with High v. State, 573 S.W.2d 807, 813 (Tex.Crim.App. 1978), counsel has candidly discussed why, under the controlling authorities, there is no error in the trial courts judgment. Additionally, counsel has certified that she has provided appellant a copy of the Anders brief and motion to withdraw and appropriately advised appellant of her right to file a pro se response in this matter. Stafford v. State, 813 S.W.2d 503, 510 (Tex.Crim.App. 1991). The Court has also advised appellant of her right to file a pro se response. Appellant did not file a response. By her Anders brief, counsel reviewed all grounds that could possibly support an appeal, but concludes the appeal is frivolous. We have reviewed these grounds and made an independent review of the entire record to determine whether there are any arguable grounds which might support an appeal. See Penson v. Ohio, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988); Bledsoe v. State, 178 S.W.3d 824 (Tex.Crim.App. 2005). We have found no such arguable grounds and agree with counsel that the appeal is frivolous.
Accordingly, counsels motion to withdraw is hereby granted and the trial courts judgment is affirmed.
 Mackey K. Hancock
 Justice
Do not publish.